Matter of M.V. (2024 NY Slip Op 04535)

Matter of M.V.

2024 NY Slip Op 04535

Decided on September 24, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: September 24, 2024

Before: Singh, J.P., Gesmer, Scarpulla, Rodriguez, Michael, JJ. 

Docket No. D-14854/23 Appeal No. 2585 Case No. 2023-05000 

[*1]In the Matter of M.V., a Person Alleged to be a Juvenile Delinquent, Appellant. Presentment Agency.

Twyla Carter, The Legal Aid Society, New York (Susan Clement of counsel), for appellant.
Muriel Goode-Trufant, Acting Corporation Counsel, New York (Elizabeth I. Freedman of counsel), for Presentment Agency.

Order of disposition, Family Court, Bronx County (Peter J. Passidomo, J.), entered on or about August 29, 2023, as amended October 19, 2023, which adjudicated appellant a juvenile delinquent upon his admission that he committed an act that, if committed by an adult, would constitute the crime of assault in the third degree, and placed him on probation for a period of 12 months, unanimously affirmed, without costs.
The court providently exercised its discretion when it adjudicated appellant a juvenile delinquent and placed him on probation. The court adopted the least restrictive dispositional alternative consistent with appellant's best interests and the community's need for protection (see Matter of Katherine W., 62 NY2d 947 [1984]). An adjournment in contemplation of dismissal would not have provided sufficient supervision, in view of the seriousness of the underlying offense, which involved an "unprovoked, violent
attack" (Matter of Mia R., 102 AD3d 627, 627 [1st Dept 2013]; see also Matter of Jamie S., 110 AD3d 448, 449 [1st Dept 2013]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: September 24, 2024